

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

October 24, 2018

**Via ECF**
Honorable Deborah A. Batts
United States District Judge
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Jordan Cohen</u><br>Ind.#: 17 Cr. 289

Dear Judge Batts:

    Sentencing for Mr. Cohen is scheduled for January 8, 2019. However, Mr. Cohen's brother, Matthew, wishes to attend the sentencing hearing, but is unavailable that day. Therefore, we respectfully request that the Court reschedule the sentencing date for January 15, 2019, or any date close in time.

    If the Court were unable to accommodate this request, we would respectfully request that the Court maintain the January 8, 2019 date.

    The government has no objection to my request.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN & BRILL, LLP

By: Steven Brill, Esq.

cc: Edward Sapone, Esquire, *via ECF*