```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA,


     - against -                              17 Cr. 289(DAB)
                                                   ORDER

JORDAN COHEN

              Defendant.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The sentencing in the above captioned case is scheduled for October 8, 2019 at 2:30 PM.

SO ORDERED

DATED:   New York, New York
         September 12, 2019

                                                    *Deborah A. Batts*
                                                    Deborah A. Batts
                                          United States District Judge