```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA,


     - against -                                    17 Cr. 289(DAB)
                                                         ORDER

JORDAN COHEN

              Defendant.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The sentencing in the above captioned case that was scheduled for Tuesday, October 8, 2019 at 2:30 PM has been rescheduled to Tuesday, October 15, 2019 at 2:30 PM

SO ORDERED

DATED:   New York, New York
         September 16, 2019

_____
Deborah A. Batts
United States District Judge