```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA,


     - against -                               17 Cr. 289(DAB)
                                                    ORDER

JORDAN COHEN

            Defendant.
---------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The sentencing in the above captioned case that was scheduled for Tuesday, October 15, 2019 at 2:30 PM has been rescheduled to Tuesday, November 12, 2019 at 3:00 PM

SO ORDERED

DATED:   New York, New York
         October 15, 2019

_Deborah A. Batts_
Deborah A. Batts
United States District Judge